# UNITED STATES DISTRICT COURT
## Western District of Arkansas
### U.S. Probation / Pretrial Services

**Myron Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain Road
Fayetteville, Arkansas 72701
(479) 442-9892
Fax - (479) 442-5276

January 22, 2009

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas 72701

RE: **NORCROSS, Jim**
Docket No.: 2:98CR20001-001
**VIOLATION REPORT**

Dear Judge Hendren:

As you may recall, Norcross was sentenced by Your Honor on July 2, 1998, for Possession with Intent to Distribute Methamphetamine, to 120 months of imprisonment, 4 years of supervised release, $5,000 fine, $100 special assessment, and special conditions to include drug testing, and a search condition.

The offender's term of supervised release commenced on December 16, 2005, when he released to the supervision of the Eastern District of Arkansas. On January 10, 2006, Your Honor transferred jurisdiction of this case to the Eastern District of Arkansas, and on May 15, 2008, the offender's jurisdiction was transferred back to the Western District of Arkansas.

On December 22, 2008, the offender was arrested by the Carroll County Sheriff's Office for an outstanding warrant for Shoplifting. The offender was booked into the jail and was released later the same day. On December 23, 2008, Norcross reported his arrest to this officer, and maintains his innocence in this case.

The Berryville Police Department report indicates that on November 30, 2008, they were called to Wal-Mart in reference to a shoplifting report. The report shows that Wal-Mart Loss Prevention advised that a white male picked-up a movie camera valued at $298.96 and exited the store without attempting to pay. Store video cameras captured an image of the suspect. After the suspect exited the store he was observed getting into a pick-up truck registered to Roxanne Hill. Hill is Norcross's longtime girlfriend and she lives with Norcross in Eureka Springs. The detective showed the suspect's image to the Eureka Springs Police Department, and the suspect was identified as Jim Norcross. A warrant was issued for Norcross's arrest, and it was served on December 22, 2008.

Norcross, Jim
Violation Report
January 22, 2009
Page Two

As Your Honor may recall, I informed the Court on October 29, 2008, that Norcross was arrested by the Eureka Springs Police Department for Driving on a Suspended Driver's License and Obstructing Governmental Operations. Norcross maintained his innocence in this case. I made contact with Eureka Springs Municipal Court regarding this matter and his case is set for a Discovery Hearing on March 13, 2009.

I made contact with Berryville Municipal Court regarding this offender's Shoplifting case. The court advised that Norcross is set for arraignment on February 4, 2009. Norcross maintains his innocence in this case as well, and he advised that he would enter a not guilty plea on February 4, 2009.

I will continue to monitor both cases at Your Honor's direction. If further information is needed or required, please advise.

Respectfully submitted,

*Trent M. Thompson*
Trent M. Thompson
U.S. Probation Officer

✓ Take No Action *at this time*

___ Submit Petition for a Violation Hearing

✓ Other *Please advise outcome of state court proceedings.*

Reviewed by:

William E. Dunn Jr.
Supervising U.S. Probation Officer

Honorable Jimm Larry Hendren    1/23/09
Chief U.S. District Judge          Date

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 2 2009

CHRIS R. JOHNSON, CLERK
BY
        DEPUTY CLERK