U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 12 2009

CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

WESTERN District of ARKANSAS

UNITED STATES OF AMERICA
V.

JIM NORCROSS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 2:98CR20001-001
USM Number: 05534-010

Bruce D. Eddy
Defendant's Attorney

## THE DEFENDANT:

X pled guilty to violation of condition(s) Drug Condition, New Law Violation, Standard Condition #2 and #11 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Drug Condition | Tested Positive for Marijuana Metabolite on 03/24/2009 | 03/24/2009 |
| New Law Violation | Arrested for Shoplifting by Berryville, AR, Police Department 12/22/2008 | 12/22/2008 |
| Standard Condition #2 | Failure to Submit Truthful/Complete Written Report 01 and 02/2009 | 02/2009 |
| Standard Condition #11 | Failure to Notify Probation Officer of Arrest or Questioning by a Law Enforcement Officer on 12/13/2008 and 01/03/2009 | 01/03/2009 |

The defendant is sentenced as provided on page __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

X The defendant has not violated condition(s) 2nd New Law Violation and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-3288

Defendant's Date of Birth: XX/XX/1969

Defendant's Residence Address:
XXXXXXXXXXXXXX
Eureka Springs, AR  72632

Defendant's Mailing Address:
Same as above

May 11, 2009
Date of Imposition of Judgment

/S/ Jimm Larry Hendren
Signature of Judge

Honorable Jimm Larry Hendren, Chief United States District Judge
Name and Title of Judge

May 12, 2009
Date

| | | Judgment -- Page 2 of 2 |
|---|---|---|
| DEFENDANT: | JIM NORCROSS | |
| CASE NUMBER: | 2:98CR20001-001 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :   **six (6) months**.  No supervision will follow term of imprisonment.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　at _____ ☐ a.m. ☐ p.m. on _____ .

　　as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　X   before 2 p.m. on   Monday, July 6, 2009   .

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL